# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMP PLUS, INC.<br>Plaintiff(s),<br>v.<br>NORA LIGHTING, INC.<br>Defendant(s). | CASE NUMBER:<br>2:24−cv−08460−MWC−BFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document. No. | Title of Document. |
|---|---|---|
| 12/30/2024 | 20 | Application of Non−Resident Attorney to Appear Pro Hac Vice |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: January 7, 2025

/s/ *Michelle Williams Court*
United States District Judge