# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting,<br><br>Plaintiff,<br><br>v.<br><br>Nora Lighting, Inc.,<br><br>Defendant. | Case No. 2:24-cv-08460-MWC-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED:  <u>MARCH 21</u> , 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE