# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting,<br><br>    Plaintiff,<br><br>    v.<br><br>Nora Lighting, Inc.<br><br>    Defendant. | Case No. 2:24-cv-08460-MWC-BFM<br><br>**ORDER GRANTING DEFENDANT NORA LIGHTING, INC.'S MOTION TO STAY PENDING REEXAMINATION (Dkt. 38) AND VACATING DEFENDANT NORA LIGHTING, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. 32)** |

The Court, having reviewed Defendant's Motion to Stay this action pending reexamination of the '326 patent (the "Motion"), and all papers and other matters of record submitted in support of and in opposition to the Motion;

The Court finds that the Motion should be and hereby is

**GRANTED**.

**IT IS SO ORDERED.**

Dated: June 30, 2025

*[signature]*
_____
Hon. Michelle Williams Court
United States District Judge