Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bruce D. Kuyper, Bar No. 144969
bruce@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorneys for Plaintiff,*
*AMP Plus, Inc. d/b/a ELCO Lighting*

Erik J. Halverson (SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415-882-8200

*Attorney for Defendant*
*Nora Lighting, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting,<br><br>    Plaintiff,<br><br>    v.<br><br>Nora Lighting, Inc.<br><br>    Defendant. | Case No. 2:24-cv-08460-MWC (BFMx)<br><br>**JOINT STATUS REPORT REGARDING SUBMISSION OF PROPOSED CASE SCHEDULE** |

JOINT STATUS REPORT RE SUBMISSION OF PROP. CASE SCHEDULE

Plaintiff AMP Plus, Inc. d/b/a ELCO Lighting ("ELCO") and Defendant Nora Lighting, Inc. ("Nora") provide this joint status report regarding the proposed case schedule.

In the Joint Status Report Regarding the Reexamination filed on March 30, 2026 (Dkt. 68), the parties stated that they "will submit a proposed case schedule for remaining dates within 14 days hereof," which is April 13, 2026. Due to the Passover holidays observed during that period, ELCO's principals and counsel have been delayed in proposing a schedule to Nora.

The parties now will submit a proposed case schedule for the remaining dates within seven days hereof, which is April 20, 2026.

Respectfully submitted,

Dated:  April 13, 2026

/s/ Bruce D. Kuyper
Bruce D. Kuyper
*Attorney for Plaintiff,*
*AMP Plus, Inc. d/b/a ELCO Lighting*

Dated:  April 13, 2026

/s/ Erik J. Halverson
Erik J. Halverson
*Attorney for Defendant,*
*Nora Lighting, Inc.*

## **ATTESTATION**

In accordance with L.R. 5-4.3.4(a)(2)(i), I, the registered CM/ECF filer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  April 13, 2026

/s/ Bruce D. Kuyper
Bruce D. Kuyper

JOINT STATUS REPORT RE SUBMISSION OF PROP. CASE SCHEDULE