Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bruce D. Kuyper, Bar No. 144969
bruce@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorneys for Plaintiff,*
*AMP Plus, Inc. d/b/a ELCO Lighting*

Erik J. Halverson (SBN 333492)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415-882-8200

*Attorney for Defendant*
*Nora Lighting, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting, <br><br> Plaintiff, <br><br> v. <br><br> Nora Lighting, Inc. <br><br> Defendant. | Case No. 2:24-cv-08460-MWC (BFMx) <br><br> **FURTHER JOINT STATUS REPORT REGARDING SUBMISSION OF PROPOSED CASE SCHEDULE** |

FURTHER JT. STAT. REPT. RE SUBM. OF PROP. CASE SCHED.

Plaintiff AMP Plus, Inc. d/b/a ELCO Lighting ("ELCO") and Defendant Nora Lighting, Inc. ("Nora") provide this further joint status report regarding the submission of a proposed case schedule.

In the Joint Status Report Regarding Submission of Proposed Case Schedule filed on April 13, 2026 (Dkt. 69), the parties stated that they "will submit a proposed case schedule for the remaining dates" by April 20, 2026.

The parties have exchanged a proposed schedule but need additional time attempt to reach agreement and to consult with their clients. Accordingly, the parties now intend to submit a proposed case schedule for the remaining dates within seven days hereof, which is April 27, 2026.

Respectfully submitted,

Dated:  April 20, 2026

/s/ Bruce D. Kuyper
Bruce D. Kuyper
*Attorney for Plaintiff,*
*AMP Plus, Inc. d/b/a ELCO Lighting*

Dated:  April 20, 2026

/s/ Erik J. Halverson
Erik J. Halverson
*Attorney for Defendant,*
*Nora Lighting, Inc.*

## **ATTESTATION**

In accordance with L.R. 5-4.3.4(a)(2)(i), I, the registered CM/ECF filer, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  April 20, 2026

/s/ Bruce D. Kuyper
Bruce D. Kuyper