Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bruce D. Kuyper, Bar No. 144969
bruce@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270

*Attorney for Plaintiff,*
*AMP Plus, Inc. d/b/a ELCO Lighting*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting, | Case No. 2:24-cv-08460-MWC (BFMx) |
| Plaintiff, | |
| v. | **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| Nora Lighting, Inc. | Judge: Hon. Michelle Williams Court |
| Defendant. | Date:        August 7, 2026<br>Time:        1:30 p.m.<br>Courtroom: 6A<br>Judge: Hon. Michelle Williams Court |

APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to L.R. 79-5, Plaintiff AMP Plus, Inc. d/b/a ELCO Lighting ("ELCO") moves to seal (1) portions of its Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment of Liability, (2) portions of its Statement of Uncontroverted Facts, (3) portions of the Declaration of Thomas M. Katona, and (4) portions of the supporting Declaration of Bruce Kuyper, namely portions of Exhibit L thereto and Exhibits M, N, O, and P thereto in their entirety. ELCO moves to seal these materials under L.R. 79-5.2.2(b) because they have been designated as "Confidential" by Nora under the Protective Order in this case.

Simultaneously with this application, ELCO also files a redacted version of its Memorandum of Points and Authorities, a redacted version of its Statement of Uncontroverted Facts, a redacted version of the Declaration of Thomas M. Katona, and, a redacted version of the Declaration of Bruce D. Kuyper (*i.e.*, with a redacted version of Exhibit L, and with slip sheets for Exhibits M through P).

This application is supported by the accompanying declaration of Bruce D. Kuyper.

DATED: June 18, 2026             By: */s/ Bruce D. Kuyper*
                                      Guy Ruttenberg
                                      Bruce D. Kuyper

                                      RUTTENBERG IP LAW,
                                      A PROFESSIONAL CORPORATION

                                      *Attorney for Plaintiff,*
                                      *AMP Plus, Inc. d/b/a ELCO Lighting*

APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL