UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMP PLUS, INC., *d/b/a* ELCO LIGHTING,

Plaintiff/Counter-Defendant,

v.

NORA LIGHTING, INC.,

Defendant/Counter-Claimant.

Case No. 2:24-cv-08460-MWC-BFM

**ORDER HOLDING IN ABEYANCE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. [92]); DENYING AS MOOT DEFENDANT'S MOTION TO STAY (DKT. [102]) AND MOTION TO CONTINUE HEARING RE SUMMARY JUDGMENT MOTION (DKT. [109]); AND CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS (DKT. [101])**

There are several motions before the Court. First, Plaintiff/Counter-Defendant AMP Plus, Inc. ("Plaintiff") filed a Motion for Partial Summary Judgment, set for hearing on September 4, 2026. Dkt. # 92. Defendant/Counter-Plaintiff Nora Lighting, Inc. ("Defendant") has yet to file an Opposition brief. Second, Defendant filed both a Motion to Dismiss, Dkt # 101, and a Motion to Stay Briefing on Plaintiff's partial summary judgment motion, Dkt. # 102, both noticed for August 28, 2026. On August 3, 2026, Defendant filed a Motion to Continue Hearing, requesting a continuance of Plaintiff's summary judgment motion from September 4, 2026, to September 25, 2026. *See* Dkt. # 109 at 2.

Given the timing and order of filing of the parties' motions, the Court, on its own motion, **HOLDS IN ABEYANCE** Plaintiff's Motion for Partial Summary Judgment (Dkt. # 92), the briefing on the motion, and the September 4, 2026 hearing date pending the outcome of Defendant's Motion to Dismiss. To the extent this constitutes a stay under *Landis v. North American Co.*, 299 U.S. 248, 254 (1936), the Court *sua sponte* **STAYS** briefing of Plaintiff's motion for the same reasons articulated by the Eastern District of California's decision in *Hoopa Valley Tribe v. United States Bureau of Reclamation*, No. 1:20-cv-01814-JLT-EPG, 2023 WL 3481144, at *2–3 (E.D. Cal. May 16, 2023). Defendant's Motion to Stay Briefing, Dkt. # 102, and Motion to Continue Hearing, Dkt. # 109, are both **DENIED AS MOOT**. However, Defendant has noticed its pending Motion to Dismiss, Dkt. # 101, on a date the Court's Civil Calendar is closed.[1] Accordingly, the hearing set for Defendant's Motion to Dismiss (Dkt. # 101) is **CONTINUED** to Friday, September 4, 2026.

---

[1] The parties must consult the Court's website and "Motion Calendar" prior to noticing a hearing date in the future. *See* Standing Order, Dkt. # 18 at 3, ¶ 6a; *see also* Central District of California, Honorable Michelle Williams Court, https://apps.cacd.uscourts.gov/Jps/honorable-michelle-williams-court.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Hon. Michelle Williams Court
United States District Judge