# EXHIBIT A

Erik J. Halverson (SBN 333492)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Fax: (415) 882-8220
erik.halverson@klgates.com

*Attorney for Defendant Nora Lighting, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMP Plus, Inc. d/b/a ELCO Lighting,<br>Plaintiff,<br>v.<br>Nora Lighting, Inc.<br>Defendant. | Case No. 2:24-cv-08460-MWC<br><br>**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE** |

**DECLARATION IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE**

I, Erik Halverson, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney at the law firm of K&L Gates LLP, attorneys for Defendant Nora Lighting, Inc. ("Nora") in this proceeding. If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by K&L Gates LLP in the regular course of its representation of Nora.

2. I have pre-paid non-refundable international travel scheduled to depart at 4:55pm PT on September 4, 2026, from San Francisco to Europe, that I will be unable to make in the event a hearing is held in Los Angeles on September 4, 2026 at 1:30 pm. There is not a corresponding flight from Los Angeles to the same destination on September 4, 2026. Missing that flight on September 4 will have a cascading effect on other preexisting pre-paid arrangements made during the trip.

3. As a result of this preexisting obligation, and others that have been resolved, I did not select a hearing date for September 4, 2026 for this hearing.

4. I met and conferred with counsel for ELCO on August 10, 2026 about a remote attendance. Counsel for ELCO did not oppose my request for remote attendance but indicated its preference was to appear in-person. Counsel for Nora indicated it had no objection to ELCO's counsel appearing in-person while Nora's counsel attended remotely.

DATED: August 17, 2026

By: */s/ Erik J. Halverson*
Erik J. Halverson
*Attorney for Defendant*
*Nora Lighting, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause. On August 17, 2026, I caused to be served the foregoing document on the interested parties in this action as set forth below:

**DECLARATION IN SUPPORT OF REQUEST FOR REMOTE ATTENDANCE**

| | |
|---|---|
| ***VIA EMAIL*** | Guy Ruttenberg, Bar No. 207937<br>guy@ruttenbergiplaw.com<br>Kuyper, Bar No. 144969<br>bruce@ruttenbergiplaw.com<br>RUTTENBERG IP LAW,<br>A PROFESSIONAL CORPORATION<br>1801 Century Park East, Suite 1920<br>Los Angeles, CA 90067<br>Telephone: (310) 627-2270<br><br>*Attorneys for Plaintiff, AMP Plus, Inc. d/b/a ELCO Lighting* |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on August 17, 2026, in Irvine, California.

By: */s/ Ashley Russell*

Ashley Russell